UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                          :
HUMBERTO HERNANDEZ et al.,                                :
                                                          :
                              Plaintiffs,                 :    19-CV-8121 (JMF) (RWL)
                                                          :
              -v-                                         :         REVISED
                                                          :    SCHEDULING ORDER
120 EAST 56TH STREET REST. CORP. d/b/a                    :
MONTEBELLO RISTORANTE ITALIANO and                        :
ZDRAVKO BOZIC a/k/a JOSEPH BOZIC,                         :
                                                          :
                              Defendants.                 :
                                                          :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for December 10, 2019, at 4:15 p.m., is RESCHEDULED for **February 11, 2020, at 3:00 p.m.** in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

The parties are reminded that, in accordance with the Notice of Initial Pretrial Conference (ECF No. 7), they must file on ECF no later than Thursday, February 6, 2020, a joint status letter and proposed case management plan, and they must contact Magistrate Judge Lehrburger to schedule a settlement conference to take place at least two weeks before the initial pretrial conference.

The Clerk of Court is directed to terminate ECF No. 14.

SO ORDERED.

Dated: December 9, 2019                    _____
       New York, New York                           JESSE M. FURMAN
                                                 United States District Judge