USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/2020

# PECHMAN LAW GROUP PLLC
ATTORNEYS AT LAW

488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

January 22, 2020

VIA ECF

Honorable Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 18D
New York, New York 10007

Re: *Hernandez et al. v. 120 East 56th Street Rest. Corp. et al.*
Case No. 19-cv-8121 (JMF) (RWL)

Dear Judge Lehrburger:

We represent Plaintiffs in the above-referenced matter and submit this letter jointly with Defendants to request a three-day extension of time for the parties to submit their *ex-parte* statements in advance of the settlement conference scheduled for January 30, 2020. The current deadline is tomorrow, January 23, 2020, however the parties request additional time to continue their preliminary negotiations as well as their attempts to narrow the issues in dispute prior to the submission deadline. Accordingly, the parties request that the *ex-parte* submissions be due on Monday, January 27, 2020.

This is the first request for this relief. The parties thank the Court for its consideration of this request.

Respectfully submitted,

Vivianna Morales

cc: Counsel for Defendants (via ECF)

SO ORDERED:

_____ 1/22/2020
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE