

**Littler Mendelson, PC**
900 Third Avenue
New York, NY 10022.3298

Christine Hogan
212.583.2676 direct
212.583.9600 main
212.898.1116 fax
clhogan@littler.com

January 27, 2020

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 1105
New York, New York 10007

Honorable Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 18D
New York, New York 10007

> Application GRANTED. To encourage the parties' settlement efforts, the initial pretrial conference scheduled for February 11, 2020, *see* ECF No. 17, is RESCHEDULED to **March 17, 2020, at 3:15 p.m.** The settlement conference scheduled for tomorrow, January 30, 2020, is hereby ADJOURNED *sine die*. **By February 5, 2020**, the parties shall contact Judge Lehrburger's chambers to reschedule the settlement conference to take place at least two weeks before the initial pretrial conference. The Clerk of Court is directed to terminate ECF No. 23. SO ORDERED.
>
> *[signature]*
>
> January 29, 2020

Re:  *Humberto Hernandez v. 120 East 56th Street Rest. Corp.
d/b/a Montebello Ristorante Italiano*
Case 19-cv-08121 (JMF) (RWL)

Dear Judge Furman and Judge Lehrburger:

We represent Defendants in the above-referenced matter and submit this letter jointly with Plaintiffs to request a one month extension of all deadlines.

The reason for our request is because of recently exchanged documents for the purpose of settlement. Defendants produced all punch records and pay data to Plaintiffs during the week of December 23, 2020; Plaintiffs provided their damages calculation to Defendants January 20, 2020; Plaintiffs produced 1,728 pages of documentary evidence on January 23, 2020; Defendants produced 61 pages of documentary evidence on January 23, 2020 and; two pages of documentary evidence on January 25, 2020.

Defendants are unable to analyze Plaintiffs' 1,728 page production – in one week – in preparation for the Parties' settlement conference currently scheduled for January 30, 2020.

Here are the Parties' proposed scheduling changes:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| *Ex-Parte* Settlement Conference Statements due to Judge Lehrburger | Monday, January 27, 2020 | Thursday, February 27, 2020 |
| Settlement Conference before Judge Lehrburger | Thursday, January 30, 2020 | Available dates: The weeks of March 2 and March 9, 2020 |
| Initial Conference before Judge Furman | Thursday February 6, 2020 | Available dates: The weeks of March 16 and 23, 2020 |

This is the second request to extend these deadlines. The first request was granted.

Respectfully submitted

Christine Hogan

cc: All attorneys of record via ECF