

**Littler Mendelson, PC**
900 Third Avenue
New York, NY 10022.3298

Emily C. Haigh
212.497.8483 direct
212.583.9600 main
646.417.6202 fax
ehaigh@littler.com

February 12, 2020

> Application GRANTED. The initial pretrial conference is ADJOURNED to **April 20, 2020, at 3:00 p.m**. The Clerk of Court is directed to terminate ECF No. 25. SO ORDERED.
>
> February 13, 2020

**VIA ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 1105
New York, New York 10007

Re: *Humberto Hernandez v. 120 East 56th Street Rest. Corp. d/b/a Montebello Ristorante Italiano*
Case 19-cv-08121 (JMF) (RWL)

Dear Judge Furman:

We represent Defendants in the above-referenced matter and submit this letter jointly with Plaintiffs to request that the initial conference with Your Honor, which is currently scheduled for March 17, 2020, be rescheduled to a date after the settlement conference with Judge Lehrburger, which is currently scheduled for March 30, 2020.

The Parties are available for their initial conference the week of April 13, with the exception of April 15.

This is the third request to change the date of the initial conference. The first two requests were granted. The Parties attempted to schedule a settlement conference with Judge Lehrburger two weeks prior to the initial conference per Your Honor's order (Docket No. 24), however that was not possible due to Judge Lehrburger's availability.

Respectfully submitted

Emily Haigh

cc: All attorneys of record via ECF