UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HUMBERTO HERNANDEZ, et al.,                    :
                                               :
                              Plaintiffs,       :
                                               :
              - against -                       :
                                               :
120 EAST 56TH STREET REST.                      :
CORP., et al.,                                  :
                                               :
                              Defendants.       :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2020

19 Civ. 08121 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On May 18, 2020, the parties agreed to a resolution of this case, and have consented to jurisdiction of the undersigned going forward.  Accordingly, the parties shall submit a written settlement agreement for review and approval by June 18, 2020.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:       June 8, 2020
             New York, New York

Copies transmitted to all counsel of record.